## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**GREGORY LAMAR SAPP,**          )
                                 )
          **Plaintiff,**         )
                                 )          Case No.: 5:23-CV-545
**vs.**                          )
                                 )
**WAAD MOHAMMED SHUH AL**        )
**AZZAWI, and SEB PROFESSIONAL** )
**NORTH AMERICA, a Foreign Profit** )
**Company,**                     )
                                 )
          **Defendants.**

### DEFENDANT'S NOTICE OF REMOVAL

Defendants WAAD MOHAMMED SHUH AL AZZAWI and SEB

PROFESSIONAL NORTH AMERICA ("SEB Professional"), hereby gives their

Notice of Removal of this action from the Fifth Judicial Circuit for Marion

County, State of Florida, to the United States District Court for the Middle

District of Florida, Ocala Division, pursuant to 28 United States Code Sections

1332, 1367, 1441, and 1446.   This case is removable under diversity of citizenship

because the citizenship of all parties are completely diverse and the amount in

controversy exceeds the jurisdictional amount.   In support of this Notice of

Removal, Mr. AL Azzawi and SEB Professional state as follows:

1.      On March 23, 2023, Plaintiff filed his Complaint in the Fifth Judicial

Circuit for Marion County, State of Florida, Civil Action No. 23CA1834.  SEB

Professional received its first paper on the filing of the case, the Complaint, on

August 7, 2023.   *See*, Service of Process Transmittal, attached as Exhibit A.   This date is within thirty (30) days of the filing of this Notice.

2.       This Notice of Removal is timely, as it is filed on August 30, 2023, within thirty (30) days of receipt by SEB Professional of the initial pleading in this case, pursuant to 28 U.S.C. § 1446(b)(1).

3.       Plaintiff's Complaint alleges his state citizenship as a citizen of the State of Florida.[1]

4.       Plaintiff's Complaint alleges Waad Mohammed Shuh Al Azzawi is a citizen of the State of Texas.  This is correct.

5.       Plaintiff's Complaint alleges SEB Professional North America is a Foreign Profit Company.  In reality, SEB Professional is a corporation organized under the laws of the State of California, with its principal place of business in Irvine, California.   This makes SEB Professional a citizen of the State of California.

6.       Accordingly, because Plaintiff is a citizen of the State of Florida, Defendant SEB Professional, is a citizen of the State of California, and Defendant Mohammed is a citizen of the State of Texas, the citizenships of the parties are completely diverse.

---

[1] It is well established a party's residence is *prima facie* evidence of a party's domicile.  *Stine v. Moore,* 213 F.2d 446, 448 (5th Cir.1954); *Deckers v. Kenneth W. Rose, Inc.,* 592 F.Supp. 25, 28 (M.D.Fla.1984).  For purposes of diversity jurisdiction, a party's domicile is equivalent to his citizenship.  *McCormick v. Aderholt,* 293 F.3d 1254, 1257 (11th Cir.2002).

7.    Plaintiff's Complaint does not allege a specific amount of damages incurred.   However, Plaintiff has previously provided to SEB Professional evidence wherein he claims a total amount in controversy of Six hundred sixty-eight thousand Dollars ($668,00.00), including specified medical damages in the amount of $188,987.77.

8.    Therefore, as the amount of claimed damages is greater than Seventy-five thousand Dollars ($75,000.00), this exceeds the minimum amount in controversy requirement established in 28 U.S.C. § 1332(a).

9.    As a result of the above facts, this case is removable to the United States District Court for the Middle District of Florida on the grounds of diversity of citizenship.   There is complete diversity of citizenship between the parties and amount in controversy has been exceeded.

10.    Additionally, this Court has supplemental jurisdiction over any potential remaining or added state law claims, pursuant to 28 U.S.C. §1367, as the other counts contained in the Complaint "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

11.    In accordance with 28 U.S.C. § 1446(a), a copy of all pleadings, process, and/or orders received by SEB Professional as of this date are attached to this Notice of Removal as Exhibit B.  A copy of the state court docket sheet is attached as Exhibit C.

12.    In accordance with 28 U.S.C. § 1446(d), Plaintiff is being served with a copy of this Notice of Removal.    Additionally, a copy of this Notice of Removal is being filed with the Fifth Judicial Circuit for Marion County, State of Florida.

13.    All other requirements for removal pursuant to 28 U.S.C. § 1446(d) and the applicable rules have been complied with.

14.    By filing this Notice of Removal, Defendants do not waive any defenses or admit any of Plaintiff's allegations.    Defendants expressly reserve all available defenses, including but not limited to those defenses enumerated in Federal Rule of Civil Procedure 12(b).

WHEREFORE, WAAD MOHAMMED SHUH AL AZZAWI and SEB PROFESSIONAL NORTH AMERICA file this Notice of Removal and removes this action to the United States District Court for the Middle District of Florida, Ocala Division.

PLAINTIFF IS HEREBY NOTIFIED to proceed no further in state court proceedings previously pending in the Fifth Judicial Circuit for Marion County, State of Florida.

**LYDECKER LLP**
4350 West Cypress Street, Suite 910
Tampa, Florida 33607
Telephone No.: (813) 443-8424
Facsimile No.: (305) 416-3190
*Counsel for Defendants*

BY:  */s/ E. Taylor George*
E. TAYLOR GEORGE, ESQ.[2]
Florida Bar No.: 126725
teg@lydecker.com
VICTORIA ARTHINGTON, ESQ.
Florida Bar No. 1026136
vaa@lydecker.com

---

[2] Pursuant to Local Rule 2.02(a), this attorney is designated as lead counsel for SEB Professional.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**GREGORY LAMAR SAPP,**                    )
                                           )
                    **Plaintiff,**          )
                                           )
**vs.**                                     )     Case No.: 5:23-CV-545
                                           )
**WAAD MOHAMMED SHUH AL**                   )
**AZZAWI, and SEB PROFESSIONAL**            )
**NORTH AMERICA, a Foreign Profit**         )
**Company,**                                )

            **Defendants.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2023, a true and correct copy of the foregoing was e-filed and has been furnished by email and other means Millicent E. Daniels, 1301 Riverplace Blvd., Suite 800, Jacksonville, Florida 32207 at mdaniels@daniels-lawfirm.com, npacheco@daniels-lawfirm.com, and etoro@daniels-lawfirm.com, counsel for Plaintiff.

**LYDECKER LLP**
4350 West Cypress Street, Suite 910
Tampa, Florida 33607
Telephone No.: (813) 443-8424
Facsimile No.:  (305) 416-
3190 *Counsel for Defendant,*
*SEB Professional Company*


BY:    */s/ E. Taylor George*
       E. TAYLOR GEORGE, ESQ.
       Florida Bar No.: 126725
       teg@lydecker.com