# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

GREGORY LAMAR SAPP,

   Plaintiff,

v.                                   Case No: 5:23-cv-545-JSM-PRL

WAAD MOHAMMED SHUH AL
AZZAWI and SEB PROFESSIONAL
NORTH AMERICA,

   Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. 6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of November, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record